No. 223. ALLIED RESERVE LIFE INSURANCE Co. *v.* CRAGG. Supreme Court of Oklahoma. Certiorari denied. *Laidler B. Mackall* for petitioner. *John Ladner* for respondent.

No. 221. FILENE'S *v.* ALAMANCE INDUSTRIES, INC., ET AL. C. A. 1st Cir. Certiorari denied. *W. R. Hulbert* for petitioner. *Charles F. Choate* for respondents.

No. 226. EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. *v.* DAVIS ET AL. C. A. 5th Cir. Certiorari denied. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *John F. Ward, Jr.* for petitioners.

No. 231. UNITED STATES LINES Co. *v.* DINIERO. C. A. 2d Cir. Certiorari denied. *Joseph M. Cunningham, Charles N. Fiddler* and *Joseph P. Ritorto* for petitioner. *Lee Pressman* and *Louis. R. Harolds* for respondent.

No. 229. DALY *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Max D. Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for respondents.

No. 230. 40 CASES, MORE OR LESS, OF SIX ONE-GAL-LON CANS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Bernard Reswick* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Robert S. Erdahl* and *William W. Goodrich* for the United States.